United States District Court
Southern District of Texas
**ENTERED**
December 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JONATHAN BURCHFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-42 |
| | § | |
| BRAVURA INFORMATION | § | |
| TECHNOLOGY SYSTEMS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the status conference scheduled for December 11, 2018.[1] In light of the parties filing dismissal documentation[2] in compliance with the Court's order,[3] the status conference is **CANCELED.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of December, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] *See* Dkt. No. 32.
[2] *See* Dkt. No. 33.
[3] Dkt. No. 32.