UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JONATHAN BURCHFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-42 |
| | § | |
| BRAVURA INFORMATION | § | |
| TECHNOLOGY SYSTEMS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Considering the discussion with counsel at the March 18, 2019 status conference, the Court **DENIES** the joint motion[1] for approval of settlement agreement and **CONSOLIDATES** this case with Case No. 7:18-cv-41, *Miller et. al. v. Bravura Information Technology Systems, Inc. et. al.*[2]

IT IS SO ORDERED.

DONE at McAllen, Texas, this 19th day of March, 2019.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 33.
[2] *See* Case No. 7:18-cv-41, Dkt. No. 30 ("Joint Motion to Consolidate").